**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CLINTON WALLACE,**                                      **Civil No. 05-435 JNE/SRN**

      **Petitioner,**

**v.**
                                        **ORDER**

**R. L. MORRISON, Warden,**

      **Respondent.**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated May 2, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, (Docket No. 1), is DENIED; and

2. This action is DISMISSED WITH PREJUDICE.


DATED: ___June 1, 2006.

                                              s/ Joan N. Ericksen
                                              Judge Joan N. Ericksen

United States District Court Judge